# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2359 Disciplinary Docket No. 3 |
| | : |
| STEVEN JAMES LYNCH | : Board File No. C4-16-804 |
| | : |
| | : (United States District Court for the |
| | : Western District of Pennsylvania, Criminal |
| | : No. 14-CR-181 |
| | : |
| | : Attorney Registration No. 37575 |
| | : |
| | : (Washington County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 2nd day of March, 2017, the Joint Petition to Temporarily Suspend an Attorney is granted, Steven James Lynch is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and he shall comply with all the provisions of Pa.R.D.E. 217.